NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 12-1443

RICHARD C. BENTLEY
VERSUS
LCM CORPORATION, ET AL.

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 20112851
HONORABLE EDWARD B. BROUSSARD, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

J. DAVID PAINTER

JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Jimmie C. Peters, Billy H. Ezell, and J. David Painter, Judges.

APPEAL DISMISSED. APPELLANT IS PERMITTED TO
FILE AN APPLICATION FOR SUPERVISORY WRITS.

Ed W. Bankson
Post Office Box 53485
Lafayette, LA  70505
(337) 237-4223
COUNSEL FOR APPELLANT:
    Richard C. Bentley

**Michael D. Skinner**
**Skinner Law Firm**
**Post Office Box 53146**
**Lafayette, LA  70505**
**(337) 354-3030**
**COUNSEL FOR APPELLEE:**
       **LCM Corporation**

**Andrea L. West**
**West Law Firm**
**Post Office Box 921**
**Eunice, LA 70535-0921**
**(337) 457-8044**
**COUNSEL FOR APPELLEE:**
       **Danny R. Hubbard, II**

**Danny R. Hubbard**
**Post Office Box 711**
**Bedford, VA 24523**
**(540) 314-5995**
**PRO SE APPELLEE**

**PAINTER, Judge.**

This court issued a rule for the Appellant, Richard C. Bentley, to show cause, by brief only, why the instant appeal should not be dismissed as having been taken from a non-appealable, interlocutory ruling. After considering Appellant's response, we dismiss the appeal for the reasons assigned below.

The instant case arises out of a breach of contract claim. In the course of these proceedings, the Defendants filed a declinatory exception of improper venue. Following a hearing, the trial court sustained the exception and transferred the case to another venue. A written judgment was signed on August 20, 2012. Notice of judgment was mailed on September 27, 2012. The Appellant timely filed a motion and order for appeal on October 12, 2012. The record in this appeal was lodged on December 19, 2012.

The trial court's ruling sustaining the exception of improper venue and transferring this case to another venue does not decide the merits of this case and is interlocutory. La.Code Civ.P. art. 1841. Therefore, we hereby dismiss the instant appeal. The Appellant is hereby permitted to file a proper application for writs in compliance with Uniform Rules—Courts of Appeal, Rule 4, no later than March 1, 2013. The Appellant is not required to file a notice of intent to seek writs nor obtain an order setting a return date pursuant to Uniform Rules—Courts of Appeal, Rule 4–3.

**APPEAL DISMISSED. APPELLANT IS PERMITTED TO FILE AN APPLICATION FOR SUPERVISORY WRITS.**

THIS OPINION IS NOT DESIGNATED FOR PUBLICATION.
Rule 2-16.3 Uniform Rules, Court of Appeal.